

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00886-CR

Jimmy **TURNER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6595B
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 17, 2015.

_____
Marialyn Barnard, Justice